IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PLASTIC THE MOVIE LIMITED | : | CIVIL ACTION |
| | : | NO. 15-1634 |
| v. | : | |
| | : | |
| GIRMA KALEB KINFU | : | |

## ORDER

AND NOW, this 4th day of November, 2015, upon consideration of plaintiff Plastic the Movie Limited's motion for default judgment (Dkt. No. 13) and a hearing on the motion on November 3, 2015, and consistent with the accompanying memorandum of law, it is ORDERED that plaintiff's motion is GRANTED in part and DENIED in part as follows:

1. Default judgment is ENTERED in favor of plaintiff Plastic the Movie Limited and against defendant Girma Kaleb Kinfu in the following amounts, plus interest at the legal rate pursuant to 28 U.S.C. § 1961 from the date of the entry of this default judgment until the date of its satisfaction:

    a. Statutory damages in the amount of $1,500.00; and

    b. Attorney's fees and costs in the amount of $1,657.00; and

2. A permanent injunction is ENTERED against defendant Girma Kaleb Kinfu as follows:

    a. Defendant is permanently enjoined from directly, contributorily or indirectly infringing plaintiff's rights under federal or state law of plaintiff's copyrighted work, including, without limitation, by using the internet, BitTorrent, or any other online media distribution system to reproduce (e.g., download) or distribute that work, or to make the work available for distribution to the public, except pursuant to a lawful license or with the express authority of plaintiff; and

    b.  Defendant is ordered to destroy all copies of plaintiff's copyrighted work that defendant has downloaded onto any computer hard drive or server without plaintiff's authorization, and shall destroy all copies of the work transferred onto any physical medium or device in defendant's possession, custody or control.

                       _s/Thomas N. O'Neill, Jr._
                       THOMAS N. O'NEILL, JR., J.